UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BOOKER DIGGINS**            **CIVIL**

**VERSUS**            **NO: 06-6263**

**BURN N CAIN ET AL**            **SECTION: "R"**

**DOCUMENT REMOVED.  FILED IN WRONG CASE**