```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

BOOKER DIGGINS                                        CIVIL ACTION

VERSUS                                                NO: 06-6263

BURL CAIN, WARDEN                                     SECTION: R(5)


### ORDER

Having reviewed *de novo* the Petition for Writ of Habeas Corpus, the applicable law, the Magistrate Judge's Unopposed Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's petition be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 12th day of November, 2008.

_____
        SARAH S. VANCE
    UNITED STATES DISTRICT JUDGE