UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOOKER DIGGINS | CIVIL ACTION |
| VERSUS | NUMBER: 06-6263 |
| BURL CAIN, WARDEN | SECTION: "R"(5) |

## JUDGMENT

The Court, having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of respondent and against petitioner, dismissing petitioner's application for writ of habeas corpus with prejudice.

New Orleans, Louisiana, this 18th day of November, 2008.

_____

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**